EDNA BLESER, Respondent, *v.* VULCAN INSURANCE COM-
PANY, Appellant.

*Bleser* v. *Vulcan Ins. Co.*, 174 App. Div. 743, appeal dismissed.
(Argued February 26, 1917; decided March 6, 1917.)

MOTION to dismiss an appeal from a judgment of the
Appellate Division of the Supreme Court in the third
judicial department, entered November 16, 1916, affirm-
ing a judgment in favor of plaintiff entered upon a ver-
dict directed by the court in an action to recover upon a
policy of fire insurance.

The motion was made upon the grounds that no ques-
tions of law were involved; that the affirmance by the

Appellate Division was unanimous; that the exceptions were frivolous; that the appeal was taken solely for the purpose of delay and that the required undertaking had not been served.

*John Alexander* for motion.

*Jonah J. Goldstein* opposed.

Motion granted and appeal dismissed with costs and ten dollars costs of motion.